United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00163 |
| | § | |
| YOLANDA MARQUEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On June 26, 2026, United States Magistrate Judge Mitchel Neurock issued his Memorandum and Recommendation (M&R), recommending that the Court dismiss Plaintiff Mario Alberto Ramirez's lawsuit without prejudice for lack of subject matter jurisdiction. D.E. 6. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). He timely filed his objections on July 7, 2026. D.E. 9.

### STANDARD OF REVIEW

A district court must review de novo any portion of a magistrate judge's proposed findings and recommendations on dispositive matters to which the parties have filed specific, written objections. Fed. R. Civ. P. 72(b). Objections must point out with sufficient particularity any alleged error in the magistrate judge's analysis; otherwise, they do not constitute proper objections and will not be considered. *Id.* After considering proper objections, the district court may accept, reject, or modify, in whole or in part, those

portions of the proposed findings and recommendations. *Id.* As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

## DISCUSSION

Plaintiff's claim was based on the violation of 18 U.S.C. § 1341, a statute that criminalizes mail fraud. The Magistrate Judge recommends dismissal for lack of subject matter jurisdiction because this statute does not support a private right of action under federal law. D.E. 6, pp. 2-3. In his objection, Plaintiff fails to point out any error in the M&R. Therefore, any objection to the basis for dismissal is **OVERRULED**.

Plaintiff does offer a few additional facts, and makes new conclusory claims that there is a civil conspiracy between Yolanda Marquez, Jeffery Feldbrand Kane, and Kim A. Cox and a RICO violation in light of the defendants' continuing illegal activity. D.E. 9. Plaintiff may not raise new claims for the first time in objections to an M&R. *Finley v. Johnson*, 243 F.3d 215, 219 n.3 (5th Cir. 2001). For this reason, the Court need not consider Plaintiff's new claims and allegations.

## CONCLUSION

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's M&R, as well as Plaintiff's objection and all other relevant documents in the record, and having made a de novo review of the portions of the Magistrate Judge's M&R to which the objection was specifically directed, the Court

**OVERRULES** Plaintiff's objection and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge (D.E. 6). Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**ORDERED** on August 3, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE